# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>JACK PAUL MCLAUGHLIN,<br>Defendant. | CASE NO: 2:21-cr-00082-ART-EJY<br><br>**ORDER** |

IT IIS HEREBY ORDERED that the United States Department Probation Office prepare a Pre-Plea Presentence Report on Defendant JACK PAUL MCLAUGHLIN.

DATED this 6th day of December, 2022.

_____
Anne R. Traum
United States District Judge

3